STATE OF NEW JERSEY v. HAMPTON JENKS.

September 7, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID LAURENCE.

September 7, 1983.

Petition for certification denied.

U.S. HOME CORPORATION v. WESTERN MONMOUTH
UTILITIES AUTHORITY.

September 7, 1983.

Petition for certification denied.

PETER DEO v. ETHEL DEO.

September 7, 1983.

Petition for certification denied.